UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GBANAPOLOR | Honorable Anne E. Thompson<br><br>Mag. No. 05-819<br><br>**DETENTION ORDER** |

This matter having been brought before the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Harvey Bartle, Assistant United States Attorney, appearing) for an order pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) to detain the Defendant without bail pending a final revocation hearing in the above-entitled matter; and the Court having heard and considered the arguments of the parties at the initial appearance proceedings on August 11, 2014; and for the reasons stated by the Court on the record on August 11, 2014; and for good cause shown:

IT IS, on this 11th day of August, 2014,

ORDERED that the motion of the United States for an order detaining the Defendant without bail pending a final revocation hearing is hereby GRANTED, and the Defendant is hereby ORDERED DETAINED pending a final revocation hearing.

_____
HONORABLE LOIS H. GOODMAN
United States Magistrate Judge

1